**WO**                                                                                                                    NN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Salar, | No. CV 06-1629-PHX-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Target Corporation; Sedgwick CMS; Target Store 1429; Target Store 909, | |
| Defendants. | |

Defendants filed a *Motion to Dismiss Plaintiff's Second Amended Complaint Re: Failure to Comply with Court's Order* ("Motion to Dismiss") on July 10, 2008. They argue that *Pro Se* Plaintiff's Second Amended Complaint fails to state a claim, comport with Rules 8 and 10 of the Federal Rules of Civil Procedure, and comply with the Court's Order dated April 21, 2008. Plaintiff has yet to respond.

Plaintiff has had several opportunities to file a complaint that conforms with the Federal Rules of Civil Procedure (See Dkts. 30, 35, & 52). Rule 8(a) requires a "short and plain statement of the claim showing that the pleader is entitled to relief." Rule 8(e) requires that each averment in a pleading be "simple, concise, and direct." Plaintiff alleged two claims for relief in the 26-page Amended Complaint and in the 31-page Revised Amended Complaint and neither complied with these requirements. The Court gave Plaintiff another opportunity to correct the deficiencies. Once again, Plaintiff's 31-page Second Amended

1 Complaint fails; the lack of clarity makes it difficult to understand and thus does not state a
2 claim upon which relief can be granted. <u>See</u> Fed. R. Civ. Proc. 12(b)(6).
3     As before, the assertions in the complaint are merely conclusory allegations, and the
4 Court also finds that Plaintiff's Second Amended Complaint does not adhere to Rule 10(b)
5 which requires that all averments "be made in numbered paragraphs, the contents of each of
6 which shall be limited as far as practicable to a statement of a single set of circumstances."
7 Fed. R. Civ. Proc. 10(b).
8     Accordingly,
9     **IT IS ORDERED** that the Motion to Dismiss (Dkt. 59) is **granted** without prejudice**.**

11     DATED this 18th day of August, 2008.

*[signature: Earl H. Carroll]*

Earl H. Carroll
United States District Judge